BEFORE THE SECOND DIVISION, JUNE 8, 1961

**No. 65778.**—General Chain & Belt Co. *v.* United States, protests 268861–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of conveyor chains, or parts thereof, the same as those the subject of *General Chain & Belt Co.* v. *United States* (42 Cust. Ct. 115, C.D. 2074), the claim of the plaintiff was sustained.

**No. 65779.**—Davies Turner & Co. *v.* United States, protests 206259–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiff was sustained.

**No. 65780.**—Durst Manufacturing Co., Inc. *v.* United States, protest 60/20846 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.